**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6490**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JERRY LYNN TIPTON,

Defendant - Appellant.

———————

**No. 97-6730**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JERRY LYNN TIPTON,

Defendant - Appellant.

———————

Appeals from the United States District Court for the Western District of North Carolina, at Shelby. Lacy H. Thornburg, District Judge. (CR-94-37, CA-97-17-4)

———————

Submitted: August 28, 1997      Decided: September 17, 1997

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jerry Lynn Tipton, Appellant Pro Se.  Jerry Wayne Miller, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry L. Tipton seeks to appeal two district court orders granting Respondent summary judgment, denying Tipton's motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997), his motion for transcripts at government expense, and his motion to proceed in forma pauperis. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Tipton, Nos. CR--94-37; CA-97-17-4 (W.D.N.C. Mar. 13, 1997; May 15, 1997). We further deny Tipton's motion for transcripts at government expense and grant him leave to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED